IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

TONY BAILEY,                              )
                                         )        CIV. 8:04-cv-313
                        Plaintiff,       )
         vs.                             )
                                         )              **ORDER**
PRIMUS STERILIZER COMPANY,               )
                                         )
                        Defendant.       )

THIS MATTER came before the Court on the Joint Motion of the parties seeking to dismiss Claim I, ADA. of Plaintiff's Amended Complaint without prejudice.   The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Claim I, ADA, of Plaintiff's Amended Complaint (Filing 14)  is hereby dismissed without prejudice.

DATED this 8th day of June, 2005.

BY THE COURT:


s/ Joseph F. Bataillon_____
District Court Judge


Prepared by:

Edward F. Fogarty        #11337
FOGARTY, LUND & GROSS
1904 Farnam Street, Suite 700
Omaha, NE 68102
(402) 341-3333
Attorney for Plaintiff.