IN THE UNITED STATES DISTRICT COURT OF NEBRASKA

| | | |
|---|---|---|
| TONY BAILEY, | ) | CIV. 8:04-cv-313 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| PRIMUS STERILIZER COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Joint Motion To Dismiss with Prejudice (Filing No. 27) of the parties. They have settled the case.

IT IS THEREFORE ORDERED that the Plaintiff's Complaint is dismissed with prejudice; each party to pay his or its own costs.

Signed this 29th day of August, 2006.

By the Court


s/Joseph F. Bataillon
Chief U.S. District Judge

Prepared by:

Edward F. Fogarty    #11337
FOGARTY, LUND & GROSS
1904 Farnam Street, Suite 700
Omaha, Nebraska 68102
(402) 341-3333
Attorney for Plaintiff

Approved by:

By  /s/ Ralph A. Froehlich
    Thomas M. Locher    #15797
    Ralph A. Froehlich  #19701
    200 The Omaha Club
    2002 Douglas Street
    Omaha, Nebraska   68102
    (402) 898-7000
    Attorney for Defendant